(2019-127)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

VICTOR HUGO GUTIERREZ             §
                                  §
VS.                               §         Civil Action No. _____
                                  §
JOSE GERARDO BUENTELLO            §
SANCHEZ AND CESAR BUENTELLO        §
SANCHEZ d/b/a BUENTELLO            §
TRUCKING                          §         JURY DEMANDED

## NOTICE OF REMOVAL

Defendants, JOSE GERARDO BUENTELLO AND CESAR BUENTELLO SANCHEZ

D/B/A BUENTELLO TRUCKING file this Notice of Removal to the United States District Court

for the Southern District of Texas, Laredo Division, pursuant to 28 U.S.C. §1441, based on the

following facts, which show that this case is properly removable:

### PROCEDURAL BACKGROUND

1. On August 14, 2018, Plaintiff commenced an action in the 406th District Court of Webb

County, Cause No. 2018CVI001576D4, styled Victor Hugo Gutierrez vs Jose Gerardo Buentello and

Cesar Buentello Sanchez d/b/a Buentello Trucking.  Plaintiff alleges Defendants are liable for

negligence under a general liability theory.

2. On May 20, 2019, Defendants' attorney advised Plaintiff's attorney he could answer

for the company and driver.

3. Defendants' Notice of Removal is timely as it is filed within 30 days of actual or

constructive receipt of Plaintiff's Original Petition.  28 U.S.C. § 1446(b).

4. At the time suit was filed, and continuing to the present, this Court had, and still has,

original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).  There is complete diversity of citizenship between Plaintiff and Defendants. There are no statutory bars against removal to the United States District Court, Southern District of Texas.

5.      The amount in controversy exceeds $75,000.00, exclusive of interests and costs.  See Pet. XII, page 25.

### PARTIES

6.      At the time Plaintiff's Original Petition was filed and continuing to the present, Plaintiff is alleged to be a citizen of, and domiciled in, the State of Texas.  *See* Pet. Para. II.

7.      At the time Plaintiff's Original Petition was filed and continuing to the present, Defendant, CESAR BUENTELLO SANCHEZ D/B/A BUENTELLO TRUCKING, was and still is a Mexican Corporation with a principal place of business in Reynosa, Mexico.

8.      At the time Plaintiff's Original Petition was filed and continuing to the present, Defendant, JOSE GERARDO BUENTELLO, was and still is a resident in Tuxpan, Nuevo Laredo, Mexico.

9.      There is complete diversity between the parties.

10.      A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

11.      Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

a.      Pleadings asserting causes of action (Exhibit A);
b.      All orders signed by the State Judge (Exhibit B)
c.      The state court docket sheet at the time of removal (Exhibit C);
d.      An index of matters being filed (Exhibit D);
e.      A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E);

## PRAYER

For these reasons, Defendants JOSE GERARDO BUENTELLO AND CESAR BUENTELLO SANCHEZ D/B/A BUENTELLO TRUCKING, request that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: May 29, 2019.

Respectfully submitted,

*/s/ Anthony* B. James

Anthony B. James, Attorney in Charge
State Bar No. 10537300
Federal I.D. No. 3785

HODGE & JAMES
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile:  (956) 425-7707

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Notice of Removal has been served on the 29th day of May, 2019 to all attorneys of record as follows:

Email: lawrencefirm@gmail.com
Larry W. Lawrence, Jr.
Michael Lawrence
Lawrence Law Firm
3112 Windsor Road, Suite A234
Austin, Texas 78703

*Attorneys for Plaintiff*

/s/ *Anthony* B. James
Anthony B. James